IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

RONALD L. HUBER; WILLIAM J. AIRGOOD; ANTHONY DeFABBO; JOHNETTA DINIO, Widow of JOHN DINIO; TERRI LYNN LINK Executrix on behalf of the ESTATE OF ERNEST GISHNOCK; JOHN BIDLENCSIK; HILMA MULLINS and WILLIAM DEEM,

Plaintiffs,

v.

ROBERT G. TAYLOR, II; ROBERT G. TAYLOR, P.C.; R. G. TAYLOR II, P.C.; ESTATE OF ROBERT A. PRITCHARD; PRITCHARD LAW FIRM, PLLC; JOSEPH B. COX, JR.; JOSEPH B. COX, JR. LTD.; and COX AND COX, LLP,

Defendants.

CIVIL ACTION NO. 02-0304
(Chief Magistrate Judge Lisa Pupo Lenihan)

ECF No. 463

---

## ORDER

AND NOW, this 27th day of March, 2013, having been advised by the parties that Plaintiffs in the above-captioned action do not object to the entry of summary judgment in Defendants' favor, it is hereby ORDERED that Defendants' Joint Motion for Summary Judgment is GRANTED; Judgment is hereby entered in favor of Defendants and against Plaintiffs, with each party bearing his or her own attorneys' fees and costs as well as any taxable costs; and The Clerk shall mark the docket as closed.

SO ORDERED:

_____
MAGISTRATE JUDGE LISA PUPO LENIHAN
UNITED STATED DISTRICT COURT JUDGE

501108517v1